Roland ONAWOLA, Dr., Plaintiff— Appellant,

v.

JOHNS HOPKINS UNIVERSITY; Johns Hopkins University Board of Trustees; William R. Brody, President; Michael Klagg, Dean; Alfred Somer, Former Dean; Jonathan Samet, Dr.; Kathy Helzlsouer, Dr.; George Comstock, Dr.; Rosa Crum, Dr.; Taha Taha, Dr.; Lisa Jacobson, Dr.; Frances Burman, Dr.; Genevieve Matanoski, Dr.; John Does 1–5, Defendants— Appellees, Defendants.

No. 07–2073.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2008.

Decided: May 5, 2008.

Roland Onawola, Appellant Pro Se. Philip Shams Roberts, Terri Lynn Turner, John Hopkins University, Baltimore, Maryland, for Appellees.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roland Onawola appeals the district court's order dismissing this action on the basis of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Onawola v. Johns Hopkins Univ.*, No. 1:07–cv–00870 (D.Md. Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.